# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

139505 (126)(131)

TARA KATHERINE HAMED,
       Plaintiff-Appellee,

v

WAYNE COUNTY and WAYNE COUNTY
SHERIFF'S DEPARTMENT,
       Defendants-Appellants,
and

SERGEANT KENNETH DAWWISH,
CORPORAL NETTI JACKSON, SHERIFF
WARREN C. EVANS, and DEPUTY
REGINALD JOHNSON,
       Defendants.

_____

SC: 139505
COA: 278017
Wayne CC: 03-327525-NZ

On order of the Chief Justice, the motion by plaintiff-appellee for extension of time for filing her brief is considered and, it appearing the brief was filed November 1, 2010, the time for filing is extended to that date. The motion by the Michigan Municipal League and others for leave to file a brief *amicus curiae* in this case is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2010

Clerk